IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ABN AMRO MORTGAGE GROUP, INC.,
a Delaware Corporation,

    Plaintiff,

v.                                                        No. 05-2232-DV

OAKLAND DEPOSIT BANK INC., a Tennessee
corporation, H. MICHAEL WIEGERT, an individual,
STEVE M. HANSARD, an individual,
PATRICIA ALEXANDER, an individual, HANS
GUNTHER, an individual, FAYETTE COUNTY
TITLE COMPANY, a Tennessee corporation, LEIGH ROSSER,
an individual, KIRKLAND, ROTHMAN-BRANNING and
ASSOCIATES, a Tennessee corporation, SHELLEY ROTHMAN-
BRANNING, an individual, WILLIAM W. WILKINSON, an
individual, JOHN PINKSTON, an individual,

    Defendants

---

## ORDER GRANTING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND

---

This cause came on to be heard upon Motion of defendant, Fayette County Title Company, for an extension of time pursuant to Local Rule 7.1 within which to answer or otherwise respond to the Complaint filed herein. The Court finds that the requisites of Local Rule 7.1 have been complied with and that the Motion is well taken and should be granted. Fayette County Title Company is hereby allowed up to and including May 19, 2005 within which to answer or otherwise respond to the Complaint.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/19/05



IT IS ORDERED this 13th day of May, 2005.

_____
Diane K. Vescovo
United States Magistrate Judge

F:\DATA\Zurich\F-J\Fayette County Title v. ABN Mortgage\Order Granting Motion for Ext. of Time.wpd

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02232 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Joseph A. Strubbe
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601--100

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas R. Dyer
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas R. Dee
VEDDER PRICE KAUFMAN & KAMMHOLZ
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601

John D. Horne
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119--278

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT