IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.
05 MAY 18 AM 10: 24

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ABN AMRO MORTGAGE GROUP, INC.,
A Delaware Corporation,

    Plaintiff,

v.                                                                  No. 2:05-cv-02232-BBD-dkv

OAKLAND DEPOSIT BANK, INC.,
A Tennessee Corporation,
H. MICHAEL WEIGERT, an individual,
STEVE M. HANSARD, an individual,
PATRICIA ALEXANDER, an individual,
WILLIAM W. WILKINSON, an individual,
and JOHN PINKSTON, an individual,

    Defendants.

### [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT JOHN PINKSTON FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

This Cause came on to be heard to be heard upon the Motion of Defendant John Pinkston for an extension of time for filing responsive pleadings through and including June 10, 2005. Plaintiff's counsel consents to the extension of the deadline through and including June 10, 2005.

IT IS ORDERED that the deadline for Defendant John Pinkston to file responsive pleadings to the Complaint is extended through and including June 10, 2005.

DATED: May __17__, 2005.

_____
United Stated ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5-20-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02232 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Thomas R. Dee
VEDDER PRICE KAUFMAN & KAMMHOLZ
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Joseph A. Strubbe
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601--100

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

John D. Horne
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119--278

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT