IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___CG___ D.C.

05 AUG -8 AM 11:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| ABN AMRO MORTGAGE GROUP, INC., | ) | |
| | ) | |
| vs. | ) | No. 05-2232-DV |
| | ) | |
| OAKLAND DEPOSIT BANK, et al., | ) | |
| Defendants. | ) | |

ORDER OF RECUSAL OF MAGISTRATE JUDGE DIANE K. VESCOVO

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses herself, *sua sponte*, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case and to deliver the magistrate judge's file to the magistrate judge who receives the assignment.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: August 8, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-8-05

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02232 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas R. Dee
VEDDER PRICE KAUFMAN & KAMMHOLZ
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Joseph A. Strubbe
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601--100

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John D. Horne
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119--278

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT