IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ABN AMRO MORTGAGE GROUP, INC., a Delaware Corporation,

      Plaintiff,

v.

No. 05-2232-D/P

OAKLAND DEPOSIT BANK, INC., a Tennessee corporation, H. MICHAEL WIEGERT, an individual, STEVE M. HANSARD, an individual, PATRICIA ALEXANDER, an individual, HANS GUENTHER, an individual, FAYETTE COUNTY TITLE COMPANY, a Tennessee corporation, LEIGH ROSSER, an individual, KIRKLAND, ROTHMAN-BRANNING and ASSOCIATES, a Tennessee corporation, SHELLEY ROTHMAN-BRANNING, an individual, WILLIAM W. WILKINSON, an individual, JOHN PINKSTON, an individual,

      Defendants.

## ~~JOINT PROPOSED~~ SCHEDULING ORDER

COME now the parties, by and through their respective counsel, and submit their Joint Proposed Scheduling Order pursuant to and in accordance with this Court's Notice of Setting dated August 9, 2005, with respect to a Federal Rule of Civil Procedure 16(b) Scheduling Conference set for Thursday, September 15, 2005, at 9:45 a.m. For their Joint Proposed Scheduling Order, the parties submit the following deadlines for the specified action:

**INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1):** The parties' Initial Disclosures under Fed. R. Civ. P. 26 are to be made on or before September 29, 2005.

**JOINING PARTIES:** Tuesday, January 31, 2006.

M RAP 897907 v1
2790965-000001 08/29/05

This document entered on the docket sheet in compliance with Rule 58 and, 79(a) FRCP on _____

**AMENDING PLEADINGS:** Tuesday, January 31, 2006.

**INITIAL MOTIONS TO DISMISS:** Thursday, December 15, 2005.

**COMPLETING ALL DISCOVERY:** Friday, April 28, 2006.

**DOCUMENT PRODUCTION:** Friday, April 28, 2006.

**DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** Friday, April 28, 2006.

**EXPERT WITNESS DISCLOSURES:**

Plaintiff: Tuesday March 29, 2006.

Defendants: Friday, May 26, 2006.

**EXPERT WITNESS DEPOSITIONS:** Friday, June 30, 2006.

**FILING DISPOSITIVE MOTIONS:** Friday, July 28, 2006.

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objections, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply

is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: September 13, 2005

- 3 -

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CV-02232 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Warren D. McWhirter
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Joseph A. Strubbe
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601--100

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas R. Dee
VEDDER PRICE KAUFMAN & KAMMHOLZ
222 North LaSalle St.
Ste. 2600
Chicago, IL 60601

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

R. Alan Pritchard
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Charmiane G. Claxton
APPERSON CRUMP & MAXWELL, PLC- Poplar
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

John D. Horne
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119--278

Ronald L. Harper
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT